No. 456. MURPHY v. LARKIN, CORPORATION COUNSEL, CITY OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied. *Francis X. Tucker, Spencer Pinkham* and *Vernon Murphy, pro se,* for petitioner. *Leo A. Larkin, pro se,* and for other respondents.

No. 457. IVEY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph G. Bramberg* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 458. POLIKOFF v. LEVY ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *Milton H. Cohen* for petitioner. *Nat M. Kahn* for respondents.

No. 460. PALMER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *William F. Walsh* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 462. ZAMARONI v. PHILPOTT, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Stanley M. Rosenblum* and *Merle L. Silverstein* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *Burton Berkley* for respondent.

No. 465. TILLAMOOK COUNTY CREAMERY ASSOCIATION v. TILLAMOOK CHEESE & DAIRY ASSOCIATION. C. A. 9th Cir. Certiorari denied. *J. Pierre Kolisch* and *Warren A. McMinimee* for petitioner. *Stephen W. Blore* for respondent.